# **EXHIBIT F**

| | |
|---|---|
| **From:** | Rosario Saldana |
| **To:** | Jones, Nancy J. |
| **Cc:** | McDonald, Hugh M.; Dickinson, L. James; Yesenia Lila |
| **Subject:** | RE: Second Follow up - RE: FOLLOW UP - RE: In re Steward Health Care, Case No. 24-90213 |
| **Date:** | Friday, June 20, 2025 10:27:24 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Good morning,

The Court is aware of the motion.

Thanks,

*Rosario Saldaña*

Case Manager to the Honorable Christopher M. Lopez
United States Bankruptcy Judge
Southern District of Texas
515 Rusk Ave.
Houston, TX 77002
Direct: 713-250-5645
_____
Judge Lopez's Website
**Telephonic Participation Information:**
Dial-in Telephone No: 832-917-1510
Conference Code: 590153
GoToMeeting.com code: JudgeLopez

---

**From:** Jones, Nancy J. <nancy.jones@pillsburylaw.com>
**Sent:** Friday, June 20, 2025 10:26 AM
**To:** Rosario Saldana <Rosario_Saldana@txs.uscourts.gov>
**Cc:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>; Yesenia Lila <Yesenia_Lila@txs.uscourts.gov>
**Subject:** Second Follow up - RE: FOLLOW UP - RE: In re Steward Health Care, Case No. 24-90213

**CAUTION - EXTERNAL:**

Rosario, good morning.  Happy Friday to you.  We're following up on the below and our emergency motion (dkt #5126) we filed a week ago.  Has the Court had a chance to review the motion and set it for hearing?  June 23 and 24 are still good days for us.  On the chance you may be out of the office, I am copying the Courtroom Deputy, Yesenia Lila.  Please advise as soon as possible.

Kind regards,
Nancy Jones, RP

**Nancy J. Jones, RP®** | Pillsbury Winthrop Shaw Pittman LLP
Legal Secretary
609 Main Street
Suite 2000 | Houston, TX 77002
t +1.713.276.7662
nancy.jones@pillsburylaw.com | pillsburylaw.com

---

**From:** Jones, Nancy J. <nancy.jones@pillsburylaw.com>

**Sent:** Tuesday, June 17, 2025 2:43 PM
**To:** rosario_saldana@txs.uscourts.gov
**Cc:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Subject:** FOLLOW UP - RE: In re Steward Health Care, Case No. 24-90213

Rosario, good afternoon.  I'm following up on the below and our emergency motion (dkt #5126) we filed on Friday.

As discussed last week, we're seeking a hearing on the emergency motion as soon as possible.  June 18 is no longer a viable date for us, but we can still make June 20, 23, or 24 work.  I've copied two of our attorneys, Hugh McDonald and James Dickinson here, in case you have any questions on the date, time of day, or anticipated length of the hearing.

Please advise as soon as possible.

All the best,
Nancy Jones, RP

**Nancy J. Jones, RP®** | Pillsbury Winthrop Shaw Pittman LLP
Legal Secretary
609 Main Street
Suite 2000 | Houston, TX 77002
t +1.713.276.7662
nancy.jones@pillsburylaw.com | pillsburylaw.com

---

**From:** Jones, Nancy J. <nancy.jones@pillsburylaw.com>
**Sent:** Friday, June 13, 2025 4:35 PM
**To:** rosario_saldana@txs.uscourts.gov
**Subject:** In re Steward Health Care, Case No. 24-90213

==Hi, Rosario.  Following up on our phone call earlier today, this is to let you know that the Commonwealth of Massachusetts has filed its Emergency Motion to Stay the Settlement Order pending appeal at docket number 5126.==

```
                                                                              Southern Dis
Notice of Electronic Filing

The following transaction was received from Hugh McDonald entered on 6/13/2025 at 4:31 PM CDT and filed on 6/13/2025
Case Name:       Steward Health Care System LLC and United Regional Health Care System
Case Number:     24-90213
Document Number: 5126

Docket Text:
Emergency Motion The Commonwealth of Massachusetts' Emergency Motion for Stay of Settlement Order Pending Appeal Filed by Interested Party

The following document(s) are associated with this transaction:
```

As discussed earlier, our preference for a hearing date is either June 18 or 20, but our available dates include June 23 and June 24.

Let me know if you need any other information.

Kind regards,
Nancy Jones, RP


**Nancy J. Jones, RP®** | Pillsbury Winthrop Shaw Pittman LLP
Legal Secretary
609 Main Street

Suite 2000 | Houston, TX 77002
t +1.713.276.7662
nancy.jones@pillsburylaw.com | pillsburylaw.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.