## **Exhibit G**

*Proposed Order*

Case 4:25-cv-02825   Document 4-7   Filed on 06/23/25 in TXSD   Page 1 of 3

4919-1930-1199

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1]<br><br>    Debtors.<br><br>THE COMMONWEALTH OF MASSACHUSETTS,<br><br>    Appellant. | Chapter 11<br><br>Case No. 24-90213 (CML)<br><br>(Jointly Administered)<br><br><br><br>Civil Action No. 4:25-cv-02825 |

**ORDER ON THE COMMONWEALTH OF MASSACHUSETTS'
EMERGENCY MOTION FOR STAY OF SETTLEMENT ORDER PENDING APPEAL**

Upon *The Commonwealth of Massachusetts' Emergency Motion for Stay of Settlement Order Pending Appeal* (the "Motion")[2] seeking entry of an order (the "Order") for a stay pending appeal of the *Order (I) Approving Settlement with FILO Secured Parties; (II) Authorizing and Directing Transfer of Assets in Connection Therewith; (III) Authorizing Amendment to FILO DIP Credit Agreement and Continued Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; and (VI) Granting Related Relief* [Bankruptcy Docket No. 5035] (the "Settlement Order") entered June 2, 2025; and this Court having found that the Commonwealth's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

circumstances and no other notice need be provided; and this Court having found that emergency consideration is warranted; and upon due deliberation upon the record herein; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby

**ORDERED:**

1. The relief requested in the Motion is hereby **GRANTED**.

2. The Settlement Order is hereby stayed pending resolution of any and all appeals arising therefrom.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: _____

George C. Hanks, Jr.
United States District Judge