**E**XHIBIT **A**

4932-5471-5217.v5

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| Debtors.[1] | § § | (Jointly Administered) |
| THE COMMONWEALTH OF MASSACHUSETTS | § § § | |
| Appellant, | § § | |
| v. | § § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Civil Action No 4:25-cv-2825 |
| Appellee. | § § § § | |
| TRACO INTERNATIONAL GROUP S. DE R.L. | § § § | |
| Appellant, | § § § § | |
| v. | § § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Civil Action No 4:25-cv-2829 |
| Appellee. | § § § § | |

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward (the "Debtors" or "Appellees"). The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

1

| | |
|---|---|
| **DR MANISHA PUROHIT, et. al.,** § § § **Appellant,** § § § § § **v.** § § **STEWARD HEALTH CARE SYSTEM** § **LLC,** *et al.*, § **Appellee.** § § § § | Civil Action No 4:25-cv-2901 |

## ORDER GRANTING
## APPELLANTS' JOINT MOTION TO CONSOLIDATE APPEALS

Before the Court is the Joint Motion of Appellees to Consolidate to Consolidate Appels. After careful consideration of the motion the Court finds good cause exists for granting the motion.

**It is therefore ORDERED that:**

1. The Appeals docketed in this Court under Case Nos. 4:25-cv-2825, 4:25-cv-2829, and 4:25-cv-2901 are hereby consolidated pursuant to Federal Rule of Bankruptcy Procedure 8003(b)(2).

2. The Appeals shall be administered under Case No. 4:25-cv-2825 (the "Consolidated Appeal"), using the following case caption:

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[2] | § | |
| | § § § | |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.* | § § § | |
| Appellant, | § § § | |
| v. | § § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Civil Action No 4:25-cv-2825 |
| Appellee. | § § | |

3. In further aid of this consolidation, and to ensure that all of the parties, or those otherwise interested in the Appeals, can reference one docket for all information and pleadings related to the Appeals, a docket entry shall be made on the docket of each of the Appeals stating as follows:

> An order has been entered in this appeal directing consolidation of the appeal under Case No. 4:25-cv-2825. The docket in Case No. 4:25-cv-2825 should be consulted for all matters affecting this appeal.

4. All papers to be filed in the above Appeals, whether before or after the consolidation, should be filed or deemed filed, as applicable, in the docket of the Consolidated Appeal.

---

[2] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward (the "Debtors" or "Appellees"). The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

3

5. The parties are hereby authorized to use a combined service list for the Appeals.

6. The Clerk of this Court is authorized and directed to take all actions necessary to consolidate the Appeals.

7. The Court retains jurisdiction to resolve any disputes or controversies arising from this order.

It is so ORDERED.

SIGNED on this _____ day of _____, 2025.

_____
George C. Hanks
United States District Judge