UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: Steward Health Care System, LLC, et al<br>　　Debtor | § | |
| | § | Civil Action No. 4:25cv2825 |
| | § | |
| | § | |
| | § | Bankruptcy Case No 24-90213 |
| The Commonwealth of Massachusetts | § | |
| Appellant | § | |

# Record Transmitted

　　The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: July 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk  H. Lerma