## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| -------------------------------------------------§ | | |
| **COMMONWEALTH OF** § | | |
| **MASSACHUSETTS,** § | | |
| § | | |
| **Appellant,** § | | |
| § | **Case No. 25-02825** | |
| **v.** § | | |
| § | | |
| **STEWARD HEALTH CARE** § | | |
| **SYSTEM LLC,** *et al.*, § | | |
| § | | |
| **Appellees,** § | | |
| § | | |
| -------------------------------------------------§ | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **STEWARD HEALTH CARE** § | **Case No. 24-90213 (CML)** | |
| **SYSTEM LLC,** *et al.*, § | | |
| § | **(Jointly Administered)** | |
| **Debtors.**[1] § | | |
| -------------------------------------------------§ | | |

## UPDATE REGARDING
## THE COMMONWEALTH OF MASSACHUSETTS'
## <u>EMERGENCY MOTION FOR STAY PENDING APPEAL</u>

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is: 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

Appellee Steward Health Care System LLC and its affiliated Debtors, as debtors and debtors in possession in the above-captioned chapter 11 cases ("**Debtors**"), respectfully submit as follows:

The Commonwealth moved for a stay pending appeal in order to prevent the FILO Settlement[2] from being consummated on July 14, 2025. *See* Doc. No. 4. That date has since passed, and the Settlement has been consummated.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in Debtors' Response in Opposition to the Commonwealth's Emergency Motion for a Stay Pending Appeal (Doc. No. 6.)

Dated: July 30, 2025
      Houston, Texas

 /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
        Clifford.Carlson@weil.com
        Stephanie.Morrison@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
Jeffrey D. Saferstein (admitted *pro hac vice*)
Zachary Tripp (admitted *pro hac vice*)
Robert S. Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Jeffrey.Saferstein@weil.com
        Zack.Tripp@weil.com
        Robert.Berezin@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159
Email:   DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025 a true and correct copy of the foregoing was electronically served on all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

/s/    *Clifford W. Carlson*

Clifford W. Carlson