UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.*, | § § § | |
| Appellants,[2] | § § | Lead Case: Civil Action No. 4:25-cv-02825 |
| v. | § § § | Consolidated with: Civil Action No. 4:25-cv-02829 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Civil Action No. 4:25-cv-02901 |
| Appellees. | § § | |

**APPELLANTS' MOTION FOR EXPEDITED CONSIDERATION**

---

[1] A complete list of the 167 Debtors in the underlying chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward (the "Debtors" or "Appellees").

[2] The appellants in these consolidated appeals are the Commonwealth of Massachusetts (the "Commonwealth" or "Massachusetts"), TRACO International Group S. de R.L. ("TRACO"), and Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, and Gary Miller for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively, the "Participants" and, together with the Commonwealth and TRACO, the "Appellants").

4897-2180-1568

TO THE HON. GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE:

Appellants submit this *Motion for Expedited Consideration* ("Motion") of their contemporaneously filed *Expedited Unopposed Motion to Abate Briefing Deadlines* [ECF No. 16] (the "Motion to Abate").

For the reasons set for in the Motion to Abate, expedited consideration is required before merits briefing in this appeal begins.

Briefly, Appellants will be seeking direct certification of this appeal and another appeal of an order confirming the Debtors' plan of reorganization to the Fifth Circuit. Judicial economy and consistency of result favor both the motion to certify this appeal and the appeal of the confirmation order, notice of which has been filed, to be decided together by the same court. Abating this appeal will enable the Court to consider the certification requests at the same time.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 19, 2025          Respectfully submitted,

*THE COMMONWEALTH OF MASSACHUSETTS*

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By:   /s/ *Hugh M. McDonald*
    Hugh M. McDonald (Bar No. NY2420974)
    Special Assistant Attorney General
    Andrew M. Troop (Bar No. MA547179)
    Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP

    Andrew V. Alfano (Bar No. NY5525241)
    31 West 52nd Street
    New York, NY 10019
    Tel: 212-858-1000
    Fax: 212-858-1500

    William D. Wood (Bar No. 21916500)
    L. James Dickinson (Bar No. 24105805)
    609 Main Street, Suite 2000
    Houston, TX 77002
    Tel: 713-276-7600
    Fax: 713-276-7673

*THE PARTICIPANTS*

DIAMOND MCCARTHY, LLP

By:   */s/ Allan B. Diamond*
     Allan B. Diamond, Esq.
     Christopher D. Johnson, Esq.
     909 Fannin Street, 37th Floor
     Houston, TX 77010
     Telephone: (713) 333-5100
     Email:  allan.diamond@diamondmccarthy.com
             chris.johnson@diamondmccarthy.com

- and -

VERRILL DANA LLP

     Robert J. Keach
     Lindsay K. Milne
     Letson D. Boots
     One Portland Square, 10th Floor
     Portland, ME 04101
     Telephone: (207) 774-4000
     Email:  rkeach@verrill-law.com
             lmilne@verrill-law.com
             lboots@verrill-law.com

*TRACO*

STEPTOE LLP

By:   */s/ Michele Jacobson*
     Timothy Walsh (*pro hac vice* pending)
     Michele Jacobson (admitted *pro hac vice*)
     1114 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 957-3085
     Email: twwalsh@steptoe.com

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 140 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(f).

This Motion also complies with the typeface and style requirements of FED. R. APP. P. 27(d)(1)(E) and 32(a)(5) and (6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman typeface.

*/s/ Hugh M. McDonald*
Hugh M. McDonald

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7 and the Court Procedures of the Honorable United States District Judge George C. Hanks, Jr., I hereby certify that counsel for the Appellants and counsel for the Appellees conferred regarding the Motion, and the relief requested is *unopposed*.

*s/ Hugh M. McDonald*
Hugh M. McDonald

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, a true and correct copy of the foregoing was served on all parties registered to receive electronic notice through the Court's CM/ECF automatic electronic notice system.

*/s/ Hugh M. McDonald*
Hugh M. McDonald