Case 4:25-cv-02825   Document 18   Filed on 08/19/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.*, | § § § | |
| | § | Lead Case: |
| Appellants,[2] | § § | Civil Action No. 4:25-cv-02825 |
| v. | § § | Consolidated with: |
| | § | Civil Action No. 4:25-cv-02829 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Civil Action No. 4:25-cv-02901 |
| | § | |
| Appellees. | § | |

**ORDER GRANTING EXPEDITED CONSIDERATION**

---

[1] A complete list of the 167 Debtors in the underlying chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward (the "Debtors" or "Appellees").

[2] The appellants in these consolidated appeals are the Commonwealth of Massachusetts (the "Commonwealth" or "Massachusetts"), TRACO International Group S. de R.L. ("TRACO"), and Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, and Gary Miller for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively, the "Participants" and, together with the Commonwealth and TRACO, the "Appellants").

Pending before the Court is *Appellants' Motion for Expedited Consideration* (the "Motion").³ After reviewing the Motion and any responses thereto, the Court is of the opinion that expedited consideration should be **GRANTED**.

The Court will consider *Appellants' Expedited Unopposed Motion to Abate Briefing Deadlines* on an expedited basis.

**IT IS SO ORDERED.**

**SIGNED** Houston, Texas this 19th day of August, 2025.

_____
GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE

---

³ Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.