# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1] | § § § § | Case No. 24-90123 (CML) |
| | § § | (Jointly Administered) |
| Debtors and Appellees. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, TRACO INTERNATIONAL GROUP S. DE R.L., AND DR. MANISHA PUROHIT, *et al.*, | § § § § § § § | Lead Civil Action No. 4:25-cv-02825<br><br>Consolidated with:<br>4:25-cv-02829<br>4:25-cv-02901 |
| Appellant. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, | § § § | Civil Action No. 4:25-cv-03754 |
| Appellant. | § | |

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7 | § § § | Civil Action No. 4:25-cv-03755 |
| Appellant. | § § | |

---

[1] A complete list of the 167 debtors in the underlying chapter 11 cases (the "Debtors" and "Appellees") may be obtained at https://restructuring.ra.kroll.com/Steward.

| | | |
|---|---|---|
| TRACO INTERNATIONAL GROUP S. DE R.L.,<br><br>   Appellant. | §<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-cv-03757 |
| DR. MANISHA PUROHIT, *et al.*,<br><br>   Appellants. | §<br>§<br>§ | Civil Action No. 4:25-cv-03830 |

## NOTICE OF MOTION TO CONSOLIDATE AND CERTIFY APPEALS

**PLEASE TAKE NOTICE THAT** on September 5, 2025, The Commonwealth of Massachusetts ("Massachusetts" or the "Commonwealth"), TRACO International Group S. de R.L. ("TRACO"), and Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, Gary Miller, Jennifer Skolnick, Stephen McElroy, Robert Dart, Robert Lowenstein, and Irina Kogan for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively, the "Participants" and, together with the Commonwealth and TRACO, the "Appellants"), by and through undersigned counsel filed *The Commonwealth, TRACO, and Participants' Joint (I) Unopposed Motion to Consolidate Appeals of the Settlement Order, Solicitation Order, Dismissal Order, and Confirmation Order; and (II) Opposed Motion to*

*Certify for Direct Appeal* (the "Motion") in Case No. 4:25-cv-03754 (the "Proposed Lead Case") at ECF No. 2, a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** on September 6, 2025, Although counsel for the Debtors previously represented to counsel for the Commonwealth that the Debtors did not oppose consolidation of the Proposed Consolidated Appeals (as defined in the Motion), the Debtors have changed their position and oppose consolidation. *See Notice of Opposition to the Commonwealth, TRACO, and Participants' Joint (I) Opposed Motion to Consolidate Appeals of the Settlement Order, Solicitation Order, Dismissal Order, and Confirmation Order; and (II) Opposed Motion to Certify for Direct Appeal*, filed in the Proposed Lead Case at ECF No. 3, a copy of which is attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 8, 2025

Respectfully submitted,

***THE COMMONWEALTH OF MASSACHUSETTS***

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By: */s/ Hugh M. McDonald*
Hugh M. McDonald (Bar No. NY2420974)
Special Assistant Attorney General
Andrew M. Troop (Bar No. MA547179)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP

Andrew V. Alfano (Bar No. NY5525241)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Bar No. 21916500)
L. James Dickinson (Bar No. 24105805)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

## CERTIFICATE OF SERVICE

I certify that on September 8, 2025, I caused a copy of the foregoing Notice to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Hugh M. McDonald*
Hugh M. McDonald

4934-5799-9207