# **<u>EXHIBIT B</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| --------------------------------------------------§ | | |
| **COMMONWEALTH OF MASSACHUSETTS,** | § § § | |
| **Appellant,** | § § | **Case No. 25-3754** |
| **v.** | § § § | |
| **STEWARD HEALTH CARE SYSTEM LLC,** *et al.*, | § § § § | |
| **Appellees,** | § § | |
| --------------------------------------------------§ | | |
| **In re:** | § § | **Chapter 11** |
| **STEWARD HEALTH CARE SYSTEM LLC,** *et al.*, | § § § | **Case No. 24-90213 (CML)** |
| **Debtors.**[1] | § § § | **(Jointly Administered)** |
| --------------------------------------------------§ | | |

## NOTICE OF OPPOSITION TO THE COMMONWEALTH, TRACO, AND PARTICIPANTS' JOINT (I) OPPOSED MOTION TO CONSOLIDATE APPEALS OF THE SETTLEMENT ORDER, SOLICITATION ORDER, DISMISSAL ORDER, AND CONFIRMATION ORDER; AND (II) OPPOSED MOTION TO CERTIFY FOR DIRECT APPEAL

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is: 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

Appellee Steward Health Care System LLC and its affiliated Debtors, as debtors and debtors in possession in the above-captioned chapter 11 cases ("**Debtors**"), respectfully submit as follows:

On September 5, 2025, Appellants filed *The Commonwealth, TRACO, and Participants' Joint (I) Unopposed Motion to Consolidate Appeals of the Settlement Order, Solicitation Order, Dismissal Order, and Confirmation Order; and (II) Opposed Motion to Certify for Direct Appeal* (Docket No. 2) (the "**Motion**").

Contrary to the title of the Motion and representations made therein, the Debtors oppose, and do not consent to, consolidation of the appeals as requested in the Motion. The Debtors' opposition has been communicated to the Appellants, and the Debtors' counsel has requested that Appellants promptly file a corrected motion reflecting that their request for consolidation is opposed.  Appellants have not responded to such request.  The Debtors intend to file a substantive response to the Motion in due course. For the avoidance of doubt, the Debtors oppose all of the relief requested in the Motion and reserve all of their rights and waive none.

Dated: September 6, 2025
      Houston, Texas

 */s/  Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:  Clifford.Carlson@weil.com

 -and-

WEIL, GOTSHAL & MANGES LLP
Jeffrey D. Saferstein (*pro hac vice*
forthcoming)
Gregory Silbert (*pro hac vice* forthcoming)
Robert S. Berezin (*pro hac vice* forthcoming)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:    Jeffrey.Saferstein@weil.com
      Greg.Silbert@weil.com
      Robert.Berezin@weil.com

 -and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (*pro hac vice* forthcoming)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:   (305) 374-7159
Email:    DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2025 a true and correct copy of the foregoing was electronically served on all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

 /s/  *Clifford W. Carlson*
Clifford W. Carlson
