IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | )<br>)<br>) |
| Appellant, | )<br>) |
| v. | ) Case No. 25-02825 |
| PLAN ADMINISTRATOR COMMITTEE, AS TRUSTEE OF PLAN TRUST OF STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | )<br>)<br>) Re: Docket No. 22<br>) |
| Appellees. | ) |
| In re: | ) Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | ) Case No. 24-90213 (CML) |
| Debtors.[1] | ) (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER
TO APPELLEES' MOTION TO DISMISS APPEALS AS MOOT**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Steward Health Care System LLC and its debtor affiliates (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Appellees' Motion to Dismiss Appeals as Moot* [Docket No. 22] (the "Motion"), incorporating

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204. The Plan Trust, the successor in interest to Steward Health Care System LLC and its affiliated Debtors, was formed on August 27, 2025. *See* Bankr. Docket No. 5955.

and joining in the arguments set forth therein.[2]  In support of this Joinder, the Committee respectfully states as follows:

## JOINDER

The Committee, the statutorily appointed fiduciary for all of the Debtors' unsecured creditors and a party to the Settlement, agrees with and adopts the arguments set forth in the Motion. Even if these appeals were litigated and the Settlement was determined to be a *sub rosa* plan—which it was not—the remedy would be to require the Settlement to meet the requirements for plan confirmation, which are intended to protect the interests of creditors. This already happened. The Plan and Confirmation Order incorporate the Settlement and the Bankruptcy Court confirmed the Plan after determining it satisfied the confirmation requirements. Thus, there is no reason to adjudicate the appeals. Further, as discussed in the Motion, the appeals are statutorily moot under Bankruptcy Code section 363(m) because the Settlement Order was not stayed pending appeal and therefore any reversal of the Settlement Order on appeal will have no effect on the transfer of the Debtors' assets to the Litigation Trust.

Accordingly, the Committee joins in the Motion and respectfully requests that these appeals be dismissed as moot.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

| | |
|---|---|
| Dated: October 1, 2025 | Respectfully Submitted, |

**AKIN GUMP STRAUSS HAUER & FELD LLP**

<u>/s/  Sarah Link Schultz</u>
Sarah Link Schultz (State Bar No. 24033047;
S.D. Tex. 30555)
Marty L. Brimmage Jr. (State Bar No. 00793386;
S.D. Tex. 30464)
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343
Email:  sschultz@akingump.com
Email:  mbrimmage@akingump.com

- and -

Ira S. Dizengoff (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Avi E. Luft (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone:  (212) 872-1000
Email:  idizengoff@akingump.com
Email:  bkahn@akingump.com
Email:  aluft@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Steward Health Care System LLC,* et al.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 1, 2025, a true and correct copy of the foregoing was electronically served on all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

                                                                    */s/ Sarah Link Schultz*
                                                                    Sarah Link Schultz