# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1] | § § § § | Case No. 24-90123 (CML) |
| | § § | (Jointly Administered) |
| Debtors and Appellees. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, TRACO INTERNATIONAL GROUP S. DE R.L., AND DR. MANISHA PUROHIT, *et al.*, | § § § § § § § | Lead Civil Action No. 4:25-cv-02825<br><br>Consolidated with:<br>4:25-cv-02829<br>4:25-cv-02901 |
| Appellant. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, | § § § | Civil Action No. 4:25-cv-03754 |
| Appellant. | § § | |

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7 | § § § | Civil Action No. 4:25-cv-03755 |
| Appellant. | § § | |

---

[1] A complete list of the 167 debtors in the underlying chapter 11 cases (the "Debtors" and "Appellees") may be obtained at https://restructuring.ra.kroll.com/Steward.

| | | |
|---|---|---|
| TRACO INTERNATIONAL GROUP S. DE R.L., <br><br>    Appellant. | § <br> § <br> § <br> § <br> § | Civil Action No. 4:25-cv-03757 |
| DR. MANISHA PUROHIT, *et al.*, <br><br>    Appellants. | § <br> § <br> § | Civil Action No. 4:25-cv-03830 |

# NOTICE OF REPLY IN SUPPORT OF MOTION TO CONSOLIDATE

**PLEASE TAKE NOTICE THAT** on October 14, 2025, The Commonwealth of Massachusetts ("Massachusetts" or the "Commonwealth"), TRACO International Group S. de R.L. ("TRACO"), and Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, Gary Miller, Jennifer Skolnick, Stephen McElroy, Robert Dart, Robert Lowenstein, and Irina Kogan for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively, the "Participants" and, together with the Commonwealth and TRACO, the "Appellants"), by and through undersigned counsel, filed their *Reply in Support of the Commonwealth, TRACO, and Participants' Joint (I) Unopposed Motion to Consolidate Appeals of the Settlement Order, Solicitation Order, Dismissal Order, and Confirmation Order; and (II) Opposed Motion to Certify for Direct Appeal* (the "Reply") in Case No. 4:25-cv-

2

03754 (the "Proposed Lead Case") at ECF No. 14, a copy of which is attached hereto as **Exhibit A**.

Dated: October 15, 2025                     Respectfully submitted,

                                                        ***THE COMMONWEALTH OF MASSACHUSETTS***

                                                        By its attorney,

                                                        ANDREA JOY CAMPBELL
                                                        ATTORNEY GENERAL

                                                        By: */s/ Hugh M. McDonald*
                                                       Hugh M. McDonald (Bar No. NY2420974)
                                                       Special Assistant Attorney General
                                                       Andrew M. Troop (Bar No. MA547179)
                                                       Special Assistant Attorney General

                                                       PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                       Andrew V. Alfano (Bar No. NY5525241)
                                                       31 West 52nd Street
                                                       New York, NY 10019
                                                       Tel: 212-858-1000
                                                       Fax: 212-858-1500

                                                       William D. Wood (Bar No. 21916500)
                                                       L. James Dickinson (Bar No. 24105805)
                                                       609 Main Street, Suite 2000
                                                       Houston, TX 77002
                                                       Tel: 713-276-7600
                                                       Fax: 713-276-7673

## **CERTIFICATE OF SERVICE**

    I certify that on October 15, 2025, I caused a copy of the foregoing Notice to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

                                                    */s/ Hugh M. McDonald*
                                                    Hugh M. McDonald