IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>　Appellant,<br><br>v.<br><br>PLAN ADMINISTRATOR COMMITTEE, AS TRUSTEE OF PLAN TRUST OF STEWARD HEALTH CARE SYSTEM LLC, *et al.*,<br><br>Appellees, | Case No. 25-02825 |
| In re:<br><br>STEWARD HEALTH CARE SYSTEM LLC, *et al.*,<br><br>　　Debtors.[1] | Chapter 11<br><br>Case No. 24-90213 (CML)<br><br>(Jointly Administered) |

**STIPULATION AND [PROPOSED] ORDER**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is: 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204. The Plan Trust, the successor in interest to Steward Health Care System LLC and its affiliated Debtors, was formed on August 27, 2025. See Bankr. Doc. No. 5955.

Appellees Monica Blacker, Alan J. Carr, and William Transier, in their capacity as sole members of the Plan Administrator Committee, as trustee of the Plan Trust, successor in interest to Steward Health Care System LLC and its affiliated Debtors (the "**Appellees**") and Appellants The Commonwealth of Massachusetts, TRACO International Group S. de R.L., and the Participants (together, the "**Appellants**") hereby stipulate and agree as follows:

WHEREAS, on September 25, 2025, Appellees filed *Appellees' Motion to Dismiss Appeals as Moot* (Docket No. 22) (the "**Motion to Dismiss**");

WHEREAS, on October 14, 2025, Appellants filed the *Appellants' Response in Opposition to Appellees' Motion to Dismiss Appeals as Moot* (Docket No. 24);

WHEREAS, on September 16, 2025, this Court entered the parties' joint *Stipulation and Order* setting the deadline for Appellees to file a reply in support of their Motion to Dismiss as October 21, 2025 (Case No. 25-3754, Docket No. 10);

WHEREAS, in light of ongoing discussions between the parties, the parties have agreed to an updated briefing schedule extending the deadline for Appellees to file their reply by fourteen (14) days;

THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, and subject to the approval of the Court, that Appellees' reply in support of their Motion to Dismiss shall now be due on November 4, 2025.

**IT IS SO ORDERED:**

Dated: _____  _____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATED TO AND APPROVED BY:**

Dated: October 20, 2025

 /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Jeffrey D. Saferstein (*pro hac vice* forthcoming)
Gregory Silbert (*pro hac vice* forthcoming)
Robert S. Berezin (*pro hac vice* forthcoming)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Jeffrey.Saferstein@weil.com
           Greg.Silbert@weil.com
           Robert.Berezin@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (*pro hac vice* forthcoming)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159
Email:  DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

 /s/  Hugh M. McDonald
Hugh M. McDonald (Bar No. NY2420974)
Special Assistant Attorney General
Andrew M. Troop (Bar No. MA547179)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew V. Alfano (Bar No. NY5525241)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Bar No. 21916500)
L. James Dickinson (Bar No. 24105805)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

*Attorneys for the Commonwealth of Massachusetts*

STEPTOE LLP
 /s/  Timothy Walsh
Timothy Walsh
Michele Jacobson
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 957-3085
Email:   twwalsh@steptoe.com
           mjacobson@steptoe.com

*Attorneys for TRACO International Group S. de R.L.*

        VERRILL DANA LLP
        */s/ Robert J. Keach*
        Robert J. Keach
        Lindsay K. Milne
        Letson D. Boots
        One Portland Square, 10th Floor

        Portland, ME 04101
        Telephone: (207) 774-4000
        Email: rkeach@verrill-law.com
              lmilne@verrill-law.com
              lboots@verrill-law.com

        - and -

        DIAMOND MCCARTHY, LLP
        Allan B. Diamond, Esq.
        Christopher D. Johnson, Esq.
        909 Fannin Street, 37th Floor
        Houston, TX 77010
        Telephone: (713) 333-5100
        Email:
            allan.diamond@diamondmccarthy.com
            chris.johnson@diamondmccarthy.com

        *Attorneys for Dr. Manisha Purohit, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025 a true and correct copy of the foregoing was electronically served on all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

/s/     *Clifford W. Carlson*

Clifford W. Carlson