**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE | § | Case No. 24-90123 (CML) |
| SYSTEM LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors and Appellees. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF | § | Lead case: |
| MASSACHUSETTS, TRACO | § | Civil Action No. 25-cv-02825 |
| INTERNATIONAL GROUP S. DE | § | |
| R.L., AND DR. MANISHA | § | Consolidated with: |
| PUROHIT, *et al.*, | § | Civil Action No. 25-cv-02829 |
| | § | Civil Action No. 25-cv-02901 |
| Appellants. | § | |

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED | § | |
| STATES TRUSTEE FOR REGION 7 | § | Civil Action No. 25-cv-03755 |
| | § | |
| Appellant. | § | |

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, | § | |
| | § | Civil Action No. 25-cv-03824 |
| Appellant. | § | |

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, | § | |
| | § | Civil Action No. 25-cv-03830 |
| Appellant. | § | |

110558732

**COMMONWEALTH OF MASSACHUSETTS'**
**JOINDER AND OPPOSITION TO**
**MOTIONS TO LIFT ABATEMENT OF MERITS BRIEFING**

To the Honorable George C. Hanks, Jr., United States District Judge:

Appellant Commonwealth of Massachusetts ("Massachusetts" or the "Commonwealth"), by and through the Executive Office of Health and Human Services and the Office of the Attorney General of the Commonwealth of Massachusetts, opposes the motions to lift the abatement of merits briefing filed by certain of the appellants, all as more fully described in *Appellees' Response in Opposition to Motions to Lift Abatement of Merits Briefing* [Civil Action No. 25-cv-02825, ECF No. 31] ("Appellees' Response").

As set forth in the recently filed *Mediator's Second Interim Status Report* [Civil Action No. 25-cv-03754, ECF No. 45], the Commonwealth and the Appellees continue to be engaged in productive discussions and, in the Mediator's opinion, they would benefit from continued mediation. The Mediator also confirmed in her Report that she does not expect the mediation to continue beyond September 11, 2026, less than 60 days from now. Restarting merits briefing, however, may impact that process if the Commonwealth (the party with the largest economic interest in the pending appeals) and the Appellees are required to engage in merits briefing before the currently anticipated conclusion of the mediation—the Appellees because they would have no choice but to respond and the Commonwealth to ensure that

110558732

issues critical to the various appeals are not decided without its position being fully articulated.

Accordingly, the Commonwealth joins Appellees' request that the Motions (as defined in Appellees' Response) be denied.

[*Remainder of Page Intentionally Left Blank*]

110558732

Dated: July 21, 2026

Respectfully submitted,

***THE COMMONWEALTH OF
MASSACHUSETTS***

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By: */s/ Andrew M. Troop*
Hugh M. McDonald (NY Bar No.
NY2420974, S.D. Tex. Fed. No. 924315)
Special Assistant Attorney General
Andrew M. Troop (MA Bar No.
MA547179, S.D. Tex. Fed. No. 3089813)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW
PITTMAN LLP

Andrew V. Alfano (NY Bar No.
NY5525241, S.D. Tex. Fed. No.
3879712)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Tex. Bar No.
21916500, S.D. Tex. Fed. No. 2002)
L. James Dickinson (Tex. Bar No.
24105805, S.D. Tex. Fed. No. 3611267)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

110558732

## CERTIFICATE OF COMPLIANCE

This joinder complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 230 words, excluding the parts exempted by FED. R. APP. P. 32(f). This joinder also complies with the typeface and style requirements of FED. R. APP. P. 27(d)(1)(E) and 32(a)(5) and (6) because this request has been prepared using Microsoft Word in 14-point Times New Roman typeface.

*/s/ Andrew M. Troop*
Andrew M. Troop

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, I caused a copy of the foregoing to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Andrew M. Troop*
Andrew M. Troop

110558732