**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM LLC, *et al.*,<br><br>　　　Debtors and Appellees. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 24-90123 (CML)<br><br>(Jointly Administered) |
| THE COMMONWEALTH OF MASSACHUSETTS, TRACO INTERNATIONAL GROUP S. DE R.L., AND DR. MANISHA PUROHIT, *et al.*,<br><br>　　　Appellants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Lead Case:<br>Civil Action No. 25-cv-02825<br><br>Consolidated with:<br>Civil Action No. 25-cv-02829<br>Civil Action No. 25-cv-02901 |
| THE COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　Appellant. | §<br>§<br>§<br>§ | Civil Action No. 25-cv-03754 |
| KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7,<br><br>　　　Appellant. | §<br>§<br>§<br>§ | Civil Action No. 25-cv-03755 |
| TRACO INTERNATIONAL GROUP S. DE R.L.,<br><br>　　　Appellant. | §<br>§<br>§<br>§ | Civil Action No. 25-cv-03757 |
| DR. MANISHA PUROHIT, *et al.*,<br><br>　　　Appellant. | §<br>§<br>§ | Civil Action No. 25-cv-03824 |
| DR. MANISHA PUROHIT, *et al.*,<br><br>　　　Appellant. | §<br>§<br>§ | Civil Action No. 25-cv-03830 |

**PARTICIPANTS' JOINDER TO REPLY OF APPELLANT KEVEN M. EPSTEIN, UNITED STATES TRUSTEE, IN SUPPORT OF MOTION TO LIFT <u>ABATEMENT OF MERITS BRIEFING</u>**

Appellants Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, Gary Miller, Jennifer Skolnick, Stephen McElroy, Robert Dart, Robert Lowenstein, and Irina Kogan for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively, the "Participants"), by and through undersigned counsel, hereby join the positions set forth in the *Reply of Appellant Kevin M. Epstein, United States Trustee, in Support Motion to Lift Abatement of Merits Briefing* [Civil Action No. 4:25-cv-03755, ECF No. 24] (the "Reply") filed by Appellant Kevin M. Epstein, United States Trustee, in support of his motion to lift the abatement of merits briefing [Civil Action No. 25-cv-03755, ECF No. 22] (the "UST Motion").  By this joinder, the Participants adopt the arguments in the UST Motion regarding why the stay of appeal should not continue as being equally applicable to the *Participants' Motion for Relief from Abatement of Merits Briefing and Deferral of Consideration of Pending Motion* [Civil Action No. 4:25-cv-02825, ECF No. 30][1] filed by the Participants and to their pending appeals.  The Participants reserve and preserve all legal rights with respect to the relief from abatement issue, including supplementing this joinder or raising additional arguments at a hearing hereon, if scheduled.

*[Signature page to follow]*

---

[1] Similar motions were also filed in the Participants' other pending appeals, Civil Case No. 4:25-cv-03824, ECF No. 16, and Civil Case No. 4:25-cv-03830, ECF No. 18.

Dated:  July 24, 2026

_/s/ Brian Hogue_____

Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
Brian Hogue, Esq.
Diamond McCarthy, LLP
2200 Post Oak Boulevard, Suite 1000
Houston, TX  77056-4716
Telephone: (713) 333-5100
Facsimile: (713) 333-5199
Email:
      allan.diamond@diamondmccarthy.com
      chris.johnson@diamondmccarthy.com
      brian.hogue@diamondmccarthy.com

Robert J. Keach, Esq., *admitted pro hac vice*
Lindsay K. Milne, Esq.
Letson D. Boots, Esq., *admitted pro hac vice*
Jennifer Novo, Esq., *admitted pro hac vice*
Verrill Dana LLP
One Portland Square, 10th Floor
Portland, ME  04101
Telephone: (207) 774-4000
Facsimile: (207) 774-7499
Email:
      rkeach@verrill-law.com
      lmilne@verrill-law.com
      lboots@verrill-law.com
      jnovo@verrill-law.com

*Counsel for the Participants / Appellants*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with: (1) the type-volume limitation of Federal Rule of Bankruptcy Procedure 8013(f)(3)(A) and this Court's Court Procedures because, excluding the parts of the document excluded from calculation under Federal Rule of Bankruptcy Procedure 8015(g), it contains 267 words; and (2) the typeface and type-style requirements of Federal Rule of Bankruptcy Procedure 8013(f) and this Court's Court Procedures because this document has been prepared in a proportionally spaced typeface (13-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

*/s/ Brian Hogue*
*Counsel for Participants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I caused the foregoing motion to be filed via the Court's CM/ECF system and it was served by the Court's electronic noticing service to all parties registered to receive ECF notice.

_/s/ Brian Hogue_
*Counsel for Participants*